# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 29, 2024

Lyle W. Cayce
Clerk

_____

No. 22-30320

_____

RONALD CHISOM; MARIE BOOKMAN, *also known as* GOVERNOR;
URBAN LEAGUE OF LOUISIANA,

*Plaintiffs—Appellees*,

UNITED STATES OF AMERICA; BERNETTE J. JOHNSON,

*Intervenor Plaintiffs—Appellees*,

*versus*

STATE OF LOUISIANA, *ex rel, Jeff Landry, Attorney General*,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:86-CV-4075

_____

ON PETITION FOR REHEARING EN BANC

(Opinion October 25, 2023, 5 CIR., 2023, 85 F. 4th 288 )

Before RICHMAN, *Chief Judge*, and JONES, SMITH, STEWART,
ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT,
HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and
RAMIREZ, *Circuit Judges*.

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 42.3, the panel opinion in this case dated October 25, 2023, is VACATED.